UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS J. SOLOMON,

              Plaintiff,

v.

CHARLES VEST,
*et al.*,

              Defendants.

Civil Action
No. 04-12499WGY

## MOTION OF THE DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY TO DISMISS THE PLAINTIFF'S COMPLAINT

The defendant Massachusetts Institute of Technology (MIT) moves pursuant to F.R. Civ. P. 12(b)(6) to dismiss the plaintiff's claims against MIT on the grounds of res judicata and failure to make specific factual allegations against MIT.

By its attorneys,

_____
Jeffrey Swope (BBO No. 490760)
Kara A. Królikowski (BBO No. 658160)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

February 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by mail by causing it to be deposited with the United States Postal Service on February 15, 2005.

_____
Kara A. Królikowski