UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS J. SOLOMON,<br><br>                 Plaintiff,<br><br>v.<br><br>CHARLES VEST,<br>*et al.*,<br>                 Defendants. | Civil Action<br>No. 04-12499WGY |

FILED
IN CLERKS OFFICE

2005 FEB 15  P 4: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

## STATEMENT OF THE DEFENDANT
## MASSACHUSETTS INSTITUTE OF TECHNOLOGY
## PURSUANT TO LR 7.1(A)(2)

Undersigned counsel for the defendant Massachusetts Institute of Technology (MIT) attempted to reach the plaintiff by telephone (at (508) 394-9221) on February 1 and 15, 2005, to confer about MIT's Motion to Dismiss, and the telephone was answered by an answering machine message. On both dates, counsel for MIT left voicemail messages asking the plaintiff to return his call, but received no response from the plaintiff to either message.

By its attorneys,

/s/ Jeffrey Swope
Jeffrey Swope (BBO No. 490760)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

February 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by mail by causing it to be deposited with the United States Postal Service on February 15, 2005.

/s/ Kara A. Kielkowski