UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 4: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

DENNIS J. SOLOMON,

Plaintiff,

v.

CHARLES VEST,
*et al.*,

Defendants.

Civil Action
No. 04-12499WGY

## CORPORATE DISCLOSURE STATEMENT BY THE DEFENDANT
## MASSACHUSETTS INSTITUTE OF TECHNOLOGY

The Massachusetts Institute of Technology is a nonprofit corporation that has no

parent corporation and no stockholders.

By its attorneys,

Jeffrey Swope (BBO No. 490760)
Kara A. Krolikowski (BBO
No. 658160)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

February 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be
served upon the plaintiff by mail by causing it to be deposited with the
United States Postal Service on February 15, 2005.