UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB 15 P 4: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DENNIS J. SOLOMON, <br> Plaintiff, <br><br> v. <br><br> CHARLES VEST, <br> *et al.*, <br> Defendants. | Civil Action <br> No. 04-12499WGY |

## MOTION OF THE DEFENDANT
## MASSACHUSETTS INSTITUTE OF TECHNOLOGY
## PURSUANT TO FED. R. CIV. P. 5(c)

The defendant Massachusetts Institute of Technology (MIT) moves pursuant to Fed. R. Civ. P. 5(c) that MIT be relieved from serving the other defendants in this action. There is an unusually large number of defendants in this action. Moreover, MIT has had no indication that the other defendants have been served and has no address at which to serve the other defendants

By its attorneys,

*[signature]*

Jeffrey Swope (BBO No. 490760)
Kara A. Krolikowski (BBO No. 658160)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

February 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by mail by causing it to be deposited with the United States Postal Service on February 15, 2005.

*[signature] Kara A. Krolikowski*