DENNIS J. SOLOMON, Plaintiff

v.                                    Civil No: 04-12499WGY

CHARLES VEST,
et al., Defendants

## AFFIDAVIT OF PLAINTIFF DENNIS J. SOLOMON

I, Dennis J. Solomon, of Yarmouth Port, MA., attest under penalties of perjury, that shortly after receiving a message from Mr. Swope on February 15, 2005, I placed a second call to the main number of Palmer and Dodge, 617-239-0100, and was directed by the secretary to Mr. Swope.

I asked if he was representing Chares Vest or MIT, and he stated that he was "representing MIT," and that Vest had "not been served."

I then stated that he (Swope) was obviously aware that while "you know, I feel Vest is a danger, I would be willing to dismiss against MIT if …[Swope interruption]"

Mr. Swope interrupted my sentence and said, "Goodbye, Mr. Solomon" and hung up.

*/s/*

Attest to on February 19, 2005

4

# 2

**Dennis J. Solomon**
**PO Box 289**
**Yarmouth Port, MA 02675**

SENT ELECTRONICALLY AT 3:15 PM ON FEBRUARY 15, 2005 TO:
SWOPE@PALMERDODGE.COM – GRAMMATIC & SPELLING CORRECTED

February 15, 2005

Mr. Jeffrey Swope
Palmer & Dodge
(617) 227-4420

Dear Mr. Swope,

In order that we clearly understand the trailing part of our conversation this afternoon, I want to reiterate <u>my willingness to dismiss</u> the claims against the MIT Corporation if an agreed upon amount, fairly representative of the damages caused, is transferred from the general fund to the UROP program in memory of one of my principal MIT mentors, Dean Margaret MacVicar, and MIT is forthcoming in discovery related to correspondence between MIT and defendants Teledyne and Raytheon related to the TRAP program, the Patriot Missile, or related activities.

I understand from that you are not representing Charles Vest, and that your personal position is that any claims against Vest are preposterous. Sadly, I must inform you that a majority of this Nation's airman, privileged to intelligence sources on Vest, believe otherwise. As many others have pointed out, he remains a serious criminal threat to MIT and the Nation.

It is my belief and opinion that your prejudicial views, preclude you from fairly representing MIT, and I urge you to withdraw.

As I mentioned in the Complaint, I had spent years trying to alert the Court, the Senate, the FBI and other agencies to the danger posed by this corrupt and unlawful organization [Eisenhower's Nightmare Group], and I fear that you may find yourself naively drawn into a web, which, if one is to give credence to "Where the Sun Don't Shine" by MITRE's Fred Wefer, and the admonitions by the late Attorney General Elliot Richardson, has already become extra judicial. As the evidence will show, the integrated role of Rafik Hariri, in Boston and at MIT, Harvard Law's Bin Ladens, Richard Rutkowski of Microvision, Inc., and the Yonkers disco activities of Khalid Shiek Mohammed, contributed more to recent events than commonly recognized. I strongly suggest that you withdraw voluntarily and, for your future benefit and safety, investigate these allegations seriously.

Sincerely,


Dennis J. Solomon