UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHUSETTS

2-23 05

DENNIS J. SOLOMON, Plaintiff

v.                                          Civil No: 04-12499WGY

CHARLES VEST,
et al., Defendants

### PLAINTIFF'S MOTION PURSUANT TO FED.R.CIV.P. 5(c)

The Plaintiff, Dennis J. Solomon, pro se, concurs with Defendant MIT's motion pursuant to FRCP 5(c) and further requests that said motion extend to filings of both parties.

I attest that while I have served a number of the parties, to date, only Defendant University of Southern California has returned signed Notices of Waiver.

Further, I have requested and will attend the Court's seminar for electronic litigation during the month of March. I believe that all of the litigants and their respective counsel are well-familiarized with electronic communication, which will substantially reduce the cost and expedite this resolution of this litigation.

1

Respectfully submitted on February 21, 2005.

Dennis J. Solomon
PO Box 289
Yarmouth Port, MA 02675
508 394 9221
djs.vest@citizenslaw.org

CERTIFICATE OF SERVICE: I certify that I served a copy of this document upon the titled Defendant by first class or electronic mail as agreed by the parties on February 21, 2005.

2