UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS J. SOLOMON,

                Plaintiff,

v.

CHARLES VEST,
*et al.*,

                Defendants.

Civil Action
No. 04-12499WGY

## STATEMENT OF THE DEFENDANT
## MASSACHUSETTS INSTITUTE OF TECHNOLOGY
## PURSUANT TO LR 7.1(A)(2)

Undersigned counsel for the defendant Massachusetts Institute of Technology conferred with the plaintiff, who appears *pro se* in this action, on February 15, 2005, to determine if MIT and the plaintiff could in good faith resolve the issues raised by MIT's Motion to Dismiss, and they were not able to reach any agreement.

By its attorneys,

_____
Jeffrey Swope (BBO No. 490760)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

Originally prepared:  February 15, 2005
Filed and served:     February 25, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by mail by causing it to be deposited with the United States Postal Service on February 25, 2005.

_____