IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS J. SOLOMON, | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | Civil Action No. 04-12499WGY |
| | * | |
| CHARLES VEST, *et al.*, | * | |
| *Defendants*. | * | |

## NOTICE OF LIMITED APPEARANCE OF ATTORNEYS ANDREW C. OATWAY AND AMANDA P. O'REILLY OF THE LAW-FIRM MORISI & OATWAY, P.C. <u>FOR DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA</u>

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Please enter a limited appearance of attorneys Andrew C. Oatway and Amanda P. O'Reilly, of the law-firm of Morisi & Oatway, P.C., as counsel on behalf of defendant University of Southern California in the above-referenced matter. This is a limited appearance for the purpose of filing and arguing a motion to dismiss based on lack or personal jurisdiction. Defendant University of Southern California does not waive the defense of personal jurisdiction.

UNIVERSITY OF SOUTHERN CALIFORNIA

*By its attorneys*,

MORISI & OATWAY, P.C.

DATED: _____

<u>/s/ Amanda P. O'Reilly</u>
Andrew C. Oatway BBO# 561885
Amanda P. O'Reilly BBO# 641378
MORISI & OATWAY, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA  02184
Voice   617.479.0400
Fax       617.479.6885

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by US Mail on the date set forth below.

DATED: _____              _____
                               Amanda P. O'Reilly