UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Dennis J. Solomon, | ) | Civil Action No. 04-12499 WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| Charles Vest | ) | |
| *et al.*, | ) | |
| Defendants | ) | |
| | ) | |

**STATEMENT OF THE DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA PURSUANT TO LOCAL RULE 7.1(A)(2)**

Undersigned counsel for defendant University of Southern California ("USC") met and conferred with plaintiff Dennis Solomon regarding USC's Motion to Dismiss on March 3, 2005. Counsel for USC informed Mr. Solomon that USC does not believe that it is subject to personal jurisdiction in Massachusetts and that USC plans to file a motion to dismiss unless Mr. Solomon would agree to dismiss USC. Mr. Solomon indicated that he believes that USC is subject to personal jurisdiction in Massachusetts and that he intends to oppose USC's motion.

Respectfully Submitted,

UNIVERSITY OF SOUTHERN CALIFORNIA

*By its attorneys,*

MORISI & OATWAY, P.C.

DATED: _____

/s/ Amanda P. O'Reilly
Andrew C. Oatway BBO# 561885
Amanda P. O'Reilly BBO# 641378
MORISI & OATWAY, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA  02184
Voice   617.479.0400
Fax     617.479.6885

*and,*

/s/ Sarah R. Wetzstein
Joel A. Feuer* CABN 100663
Sarah R. Wetzstein* CABN 216840
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067-3026
(310) 552-8500
(310) 551-8741 (fax)
(*pro hac vice applications pending)

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by US Mail on the date set forth below.

DATED: _____    _____
                        Amanda P. O'Reilly

20180266_1.DOC