UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Dennis J. Solomon, | ) | Civil Action No. 04-12499 WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Charles Vest | ) | |
| *et al.*, | ) | |
| Defendants | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT
UNIVERSITY OF SOUTHERN CALIFORNIA**

The University of Southern California ("USC") is a non-profit public benefit corporation that has no parent corporation and no stockholders.

*By its attorneys*,

MORISI & OATWAY, P.C.

DATED: _____

/s/ Amanda P. O'Reilly
Andrew C. Oatway BBO# 561885
Amanda P. O'Reilly BBO# 641378
MORISI & OATWAY, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA 02184
Voice   617.479.0400
Fax     617.479.6885

1

*and,*

        /s/ Sarah R. Wetzstein
        Joel A. Feuer* CABN 100663
        Sarah R. Wetzstein* CABN 216840
        Gibson, Dunn & Crutcher LLP
        2029 Century Park East
        Los Angeles, CA 90067-3026
        (310) 552-8500
        (310) 551-8741 (fax)
        (*pro hac vice applications pending)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by US Mail on the date set forth below.

DATED: _____        _____
                                       Amanda P. O'Reilly

20180269_1.DOC