UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Dennis J. Solomon, | ) | Civil Action No. 04-12499 WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| Charles Vest | ) | |
| *et al.,* | ) | |
| Defendants | ) | |
| | ) | |

## MOTION OF THE DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA PURSUANT TO FED. R. CIV. P. 5 (c)

Defendant University of Southern California (USC) moves pursuant to Fed. R. Civ. P. 5 (c) that USC be relieved from serving the other defendants in this action. As grounds, there are an unusually large number of defendants in this action (forty-four). Only one of those defendants has been served and there are no addresses for service on the other forty-two defendants.

UNIVERSITY OF SOUTHERN CALIFORNIA

*By its attorneys,*

MORISI & OATWAY, P.C.

DATED: _____

/s/ Amanda P. O'Reilly
Andrew C. Oatway BBO# 561885
Amanda P. O'Reilly BBO# 641378
MORISI & OATWAY, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA  02184
Voice   617.479.0400
Fax      617.479.6885

*and,*

/s/ Sarah R. Wetzstein
Joel A. Feuer* CABN 100663
Sarah R. Wetzstein* CABN 216840
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067-3026
(310) 552-8500
(310) 551-8741 (fax)
(*pro hac vice applications pending)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by US Mail on the date set forth below.

DATED: _____          _____

                               Amanda P. O'Reilly

2