UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 10 P 1: 17
U.S. DISTRICT COURT
DISTRICT

DENNIS J. SOLOMON, Plaintiff

v.                                  Civil No: 04-12499WGY

CHARLES VEST,
et al., Defendants

# REQUEST THAT THE ACCOMPANYING MOTION BE SUBJECT TO A PROTECTIVE ORDER

The Plaintiff, Dennis J. Solomon, pro se, respectfully requests and moves that this Motion to Proceed without Payment of Fees be ex parte and subject to a protective order. In support the Plaintiff submits that the exercise of the Constitutional right for a redress of grievances should not abrogate a Citizen's right of privacy. The present net worth and income may be prejudicial and certainly are not relevant factors in the prosecution of this action.

Respectfully submitted on March 9, 2005.

Dennis J. Solomon
PO Box 289
Yarmouth Port, MA 02675
508 394 9221
djs.vest@citizenslaw.org

1