UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 16  P 2: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

DENNIS J. SOLOMON,

                Plaintiff,

v.

CHARLES VEST,
*et al.*,

                Defendants.

Civil Action
No. 04-12499WGY

## CERTIFICATE OF SERVICE OF THE DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY

Defendant Massachusetts of Technology hereby certifies that it has caused a true copy of all of the documents that it has filed with this Court to be served upon the following parties:

    Andrew C. Oatway
    Amanda P. O'Reilly
    Morisi & Oatway, P.C.
    1400 Hancock Street, 3rd Floor
    Quincy, MA  02184

    Joel A. Feuer
    Sarah R. Wetzstein
    Gibson, Dunn & Crutcher LLP
    2029 Century Park East
    Los Angeles, CA 90067-3026

- 2 -

Defendant Massachusetts Institute of Technology is serving these documents pursuant to this Court's Order of February 18, 2005, which requires service of all pleadings on all defendants who have appeared at the time of the initial case management scheduling conference.

By its attorneys,

*/s/ Jeffrey Swope*
Jeffrey Swope (BBO No. 490760)
Kara A. Krolikowski (BBO No. 658160)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

March 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by mail by causing it to be deposited with the United States Postal Service on March 15, 2005.

*/s/ Jeffrey Swope*