UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DENNIS J. SOLOMON,

        Plaintiff,

v.

CHARLES VEST, *et al.*,

        Defendants.

Civil Action No. 04-12499WGY

---

## NOTICE OF APPEARANCE FOR DEFENDANT
## TEXAS INSTRUMENTS, INC.

Please enter the appearance of Edward J. Naughton, Esq. and the law firm of Holland & Knight LLP as attorneys for Defendant, Texas Instruments, Inc., in the above-captioned action.

    Respectfully submitted,

    TEXAS INSTRUMENTS, INC.

    By its attorneys,

    HOLLAND & KNIGHT LLP


    /s/ Edward J. Naughton
    Edward J. Naughton (BBO No. 600059)
    Kristin J. Moody (BBO No. 661792)
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700

Dated:  March 21, 2005

# 2705218_v1