UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS J. SOLOMON,

        Plaintiff,

v.

CHARLES VEST, *et al.*,

        Defendants.

Civil Action No. 04-12499WGY

## CORPORATE DISCLOSURE OF DEFENDANT TEXAS INSTRUMENTS, INC.

Pursuant to Local Rule 7.3(A), the undersigned counsel for Texas Instruments, Inc. certifies that Texas Instruments, Inc. has no parent corporation, and there are no publicly held entities that own ten percent or more of the stock of said party.

    Respectfully submitted,

    TEXAS INSTRUMENTS, INC.

    By its attorneys,

    HOLLAND & KNIGHT LLP

    /s/ Edward J. Naughton
    Edward J. Naughton (BBO No. 600059)
    Kristin J. Moody (BBO No. 661792)
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700

Dated: March 21, 2005

# 2700617_v1