UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS J. SOLOMON,

    Plaintiff,

v.

CHARLES VEST, *et al.*,

    Defendants.

Civil Action No. 04-12499WGY

**MOTION OF THE DEFENDANT TEXAS INSTRUMENTS, INC.
PURSUANT TO FED. R. CIV. P. 5(c)**

Defendant Texas Instruments ("TI") hereby moves pursuant to Mass. R. Civ. P. 5(c) that it be relieved from serving the defendants who have not yet appeared in this action. There is an unusually large number of defendants in this action, most of whom have not yet appeared. Moreover, TI has had no indication that the defendants who have not appeared have been served and has no addresses at which to serve these defendants.

Respectfully submitted,

TEXAS INSTRUMENTS, INC.

By its attorneys,

HOLLAND & KNIGHT LLP

/s/ Edward J. Naughton
Edward J. Naughton (BBO No. 600059)
Kristin J. Moody (BBO No. 661792)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 21, 2005

# 2703855_v1