UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12499-WGY

SOLOMON
Plaintiff

v.

VEST, ET AL
Defendant

ORDER OF DISMISSAL

YOUNG,C.J.

     After a hearing held on  3/23/05   ,this Court Orders that Defendants' Motions to Dismiss are ALLOWED  for failure of the Plaintiff to attend on the session of the court and prosecute his case  and the above entitled action be and hereby is Dismissed as against all Defendants.

Sarah A. Thornton
Clerk

By:   /s/ Elizabeth Smith
         Deputy Clerk

March 28, 2005

Notice mailed to counsel of record.