UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 25 P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DENNIS J. SOLOMON,<br><br>              Plaintiff,<br><br>v.<br><br>CHARLES VEST,<br>*et al.*,<br><br>              Defendants. | Civil Action<br>No. 04-12499WGY |

## CERTIFICATE OF SERVICE OF THE DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY

Defendant Massachusetts of Technology ("MIT") hereby certifies that it has caused a true copy of all of the documents that it has filed with this Court to be served upon the attorneys for defendant Texas Instruments, Inc. MIT has served these documents on:

    Edward J. Naughton
    Kristin J. Moody
    Holland & Knight LLP
    10 St. James Avenue
    Boston, MA  02116

Defendant Massachusetts Institute of Technology is serving these documents pursuant to this Court's Order of February 18, 2005, which requires service of all

- 2 -

pleadings on all defendants who have appeared at the time of the initial case management scheduling conference.

By its attorneys,

Jeffrey Swope (BBO No. 490760)
Kara A. Krolikowski (BBO No. 658160)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

March 24, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the parties by mail by causing it to be deposited with the United States Postal Service on March 24, 2005.