UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHUSETTS

DENNIS J. SOLOMON, Plaintiff

v.                                    Civil No: 04-12499WGY

CHARLES VEST,
et al., Defendants

*May 2, 2005*
YOUNG D.J.
MOTION DENIED

*William B. Young*
U.S. District Judge

**PLAINTIFF'S MOTION TO PROCEED WITHOUT THE PAYMENT OF FEES**

The Plaintiff, Dennis J. Solomon, pro se, respectfully requests to proceed without the payment of fees and request that service upon Defendants who have not responded to service by mail with proof of delivery be effected by a United States Marshal or other person appointed by the Court.

In supported of this Motion, I attests that,

a.      I do not have access to the substantial funds, in excess of $10 million dollars, accrued or received from the sale or royalties of his patented inventions;

b.      as a direct result of the Defendants' actions, my present current assets, including real estate, automobiles and marketable securities,

2

DOCKETED

less liabilities results in a negative current net worth;

c.    my present monthly income is insufficient to meet current obligations and support;

d.    the maximum amount of time, I may reasonably expend on this litigation is 5 hours per week and $50 per month;

e.    that a majority of the Defendants have been served by Priority Mail with Signature, with a full list to be submitted within 120 days of the issuance of the summons on November 29, 2004.

f.    and that the payment of service fees of $75.00 per Defendants made constitutes a serious hardship.


Respectfully submitted on March 9, 2005.


Dennis J. Solomon
PO Box 289
Yarmouth Port, MA 02675
508 394 9221
djs.vest@citizenslaw.org

3