UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS J. SOLOMON,<br><br>      Plaintiff,<br><br>v.<br><br>CHARLES VEST,<br>*et al.*,<br><br>      Defendants. | Civil Action<br>No. 04-12499WGY |

**OPPOSITION OF DEFENDANT
UNIVERSITY OF SOUTHERN CALIFORNIA
TO PLAINTIFF'S REQUEST FOR CORRECTION OF THE ORDER OF
MARCH 28, 2005 DISMISSING THE PRESENT CASE**

Defendant the University of Southern California ("USC") opposes Plaintiff's Request for Correction of the Order of March 28, 2005 Dismissing the Present Case, and hereby incorporates by reference the discussion and arguments set forth in the Opposition of Defendant the Massachusetts Institute of Technology ("MIT") to Plaintiff's Request for Correction of the Order of March 28, 2005, filed with this Court on May 2, 2005, with the following correction: On page 2 of MIT's Opposition, the statement that "[t]he plaintiff filed no opposition to either motion" should read that "[t]he plaintiff filed no opposition to MIT's motion" since plaintiff did file an opposition to USC's motion on March 21, 2005.

Respectfully submitted,

UNIVERSITY OF SOUTHERN CALIFORNIA

*By its attorneys,*

MORISI & OATWAY, P.C.

DATED: May 3, 2005

/s/ Amanda P. O'Reilly
Andrew C. Oatway BBO# 561885
Amanda P. O'Reilly BBO# 641378
MORISI & OATWAY, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA 02184
Voice   617.479.0400
Fax     617.479.6885

*and,*

/s/ Sarah R. Wetzstein
Joel A. Feuer CABN 100663
Sarah R. Wetzstein CABN 216840
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067-3026
(310) 552-8500
(310) 551-8741 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the plaintiff by US Mail on the date set forth below.

DATED: May 3, 2005

/s/ Amanda P. O'Reilly
Amanda P. O'Reilly