UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAY -9  P 3: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

DENNIS J. SOLOMON, Plaintiff

v.                                      Civil No: 04-12499WGY

CHARLES VEST,
et al., Defendants

## PLAINTIFF'S MOTION TO RECONSIDER
## THE DECISIONS OF MAY 3, 2005 & RECUSAL

I, Dennis J. Solomon, plaintiff pro se, respectfully requests this Court, Mr. William G. Young, Judge, to reconsider its denial on May 3, 2005 of my Motion to Vacate the Dismissal Due to Clerical Error, and consider voluntary recusal.

I attest, under penalties of perjury, that prior to the hearing date of March 23, 2005, I responded a message left at 508 394 9221 by a female clerk (confirmed today May 6, 2005 by telephone to have been Ms. Marie Bell) of the U.S. District Court regarding my filing of the Motion to Correct and Vacate, and discussed the matter in depth with her. She explicitly stated that she "would leave a note on the

1

Judge's (Young) desk, and get back to (me) (if the hearing was still required)". At no subsequent time, did I receive a call or message from her prior to the meeting, and I was not aware that the matter of the motion of USC was also scheduled for that date.

Paramount among the issues raised in this litigation address the safety of our troops and ourselves. The failure of the Courts to provide a forum for discovery and discussion endangers us all.

Your current decision evidences a disregard to the safety of our troops. The defendants are intent on defrauding the citizens of millions of dollars for defective and inferior technology not suitable for Japanese school-girls (the most technologically sophisticated consumer demographic).

Your current decision also evidences a prejudice against pro se litigation. If a member of the bar had inadvertently missed a motion hearing due to clerical miscommunication, dismissal would not be the penalty. It should not be here.

Therefore I request the reconsideration, a vacation of dismissal, and voluntary recusal.

REQUEST FOR ORAL HEARING.

Submitted on May 6, 2005.

Dennis J. Solomon
PO Box 289
Yarmouth Port, MA 02675
508 394 9221

CERTIFICATE OF SERVICE: I certify that I served a copy of this document upon the titled Defendant by first class or electronic mail as agreed by the parties on May 6, 2005.

3

UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHUSETTS

DENNIS J. SOLOMON, Plaintiff

v.                                    Civil No: 04-12499WGY

CHARLES VEST,
et al., Defendants

## AFFIDAVIT OF DENNIS J. SOLOMON

I, Dennis J. Solomon, plaintiff pro se, attest, under penalties of perjury, that prior to the hearing date of May 23, 2005, I responded a message left at 508 394 9221 by a female clerk (confirmed today May 6, 2005 by telephone to have been Ms. Marie Bell) of the U.S. District Court regarding my filing of the Motion to Correct and Vacate, and discussed the matter in depth with her. Among the questions discussed was whether the Court's ruling rendered moot the scheduled meeting of March 23, 2005. She explicitly stated that she "would leave a note on the Judge's (Young) desk, and get back to (me) (if the hearing was still required)". At no subsequent time, did I receive a call or message from her prior to the meeting, and I was not aware that the matter of the motion of USC was also scheduled for that date.

Attested to on May 6, 2005

4