UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 16 P 2:51

U.S. DISTRICT COURT
DISTRICT OF MASS

DENNIS J. SOLOMON, Plaintiff pro se

v.                               Civil No: 04-12499WGY

CHARLES VEST,
et al., Defendants

### PLAINTIFF'S NOTICE OF APPEAL

The Plaintiff, Dennis J. Solomon, respectfully appeals to First Circuit Court of Appeals this Court's order of May 11, 2005, and May 3, 2005 denying reconsideration of its orders of March 28, 2005 dismissing this action and denying other motions. to all defendants.

Respectfully submitted on May 14, 2005.

Dennis J. Solomon
PO Box 289
Yarmouth Port, MA 02675
508 394 9221
djs.resolutionslaw.org

CERTIFICATE OF SERVICE: I certify that I served a copy of this document upon the titled Defendant by first class or electronic mail as agreed by the parties on March 9, 2005.

1