### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12499

Dennis J. Solomon

v.

Charles Vest, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/16/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 23, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _5/24/05_ .

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, PATENT

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12499-WGY

Solomon v. Vest et al
Assigned to: Chief Judge William G. Young
Cause: 28:1338 Patent Infringement

Date Filed: 11/12/2004
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Plaintiff

**Dennis J. Solomon**       represented by **Dennis J. Solomon**
P.O. Box 289
Yarmouthport, MA 02675
508-394-1737
PRO SE

V.

## Defendant

**Charles Vest**

## Defendant

**MIT**       represented by **Jeffrey Swope**
Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
617-239-0100
Fax: 617-227-4420
Email:
jswope@palmerdodge.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara A. Krolikowski**

Palmer & Dodge, LLP
111 Huntington Avenue
Prudential Center
Boston, MA 02199
617-239-0369
Fax: 617-227-4420
Email:
kkrolikowski@palmerdodge.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Lita Nelson**

**Defendant**
**Raytheon, Inc.**

**Defendant**
**Dennis Picard**

**Defendant**
**Teledyne, Inc.**

**Defendant**
**Richard Simmons**

**Defendant**
**Natasha Lisman**

**Defendant**
**Robert Lawless**

**Defendant**
**Actuality Systems, Inc.**

**Defendant**
**Greg Favalora**

**Defendant**
**Robert Ryan**

**Defendant**
**The Office/Ellis Office Systems**

**Defendant**
**Texas Instruments, Inc.**     represented by **Edward J. Naughton**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700
Fax: 617-523-6850
Email:
edward.naughton@hklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Productivity Systems, Inc.**

**Defendant**
**Dana Dudley**

**Defendant**
**Paul Killeen**

**Defendant**
**Alan Morse**

**Defendant**
**Stephen Mindich**

**Defendant**
**Orit Gadiesh**

**Defendant**
**Mary Wolfson**

**Defendant**

**Patrick E. Malloy**

**Defendant**

**Michael McManus**

**Defendant**

**Werner Erhartd/Est/Les**

**Defendant**

**Mark Mordecai**

**Defendant**

**Keith Long**

**Defendant**

**John Vinton**

**Defendant**

**Cran Barry, Inc.**

**Defendant**

**Robert Ellis**

**Defendant**

**Richard Plotkin**

**Defendant**

**Altman, Inc.**

**Defendant**

**Robert Golden**

**Defendant**

**Rodney Gould**

**Defendant**

**Ellie Altman**

**Defendant**

**Robert Pujol**

**Defendant**

**Lightspace, Inc.**

**Defendant**

**Alan Sullivan**

**Defendant**

**Sunrise Systems, Inc.**

**Defendant**

**Microvision, Inc.**

**Defendant**

**Richard Rutkowski**

**Defendant**

**Joel Kollin**

**Defendant**

| | |
|---|---|
| **University of Southern California** | represented by **Amanda P. O'Reilly** <br> Morisi & Oatway, P.C <br> 3rd Floor <br> 1400 Hancock Ave. <br> Quincy, MA 02169 <br> 617-479-0400 <br> Fax: 617-479-6885 <br> Email: apo@morisi.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Andrew C. Oatway** <br> Morisi & Oatway PC <br> 1400 Hancock Street <br> Third Floor <br> Quincy, MA 02169 |

617-479-0400
Fax: 617-479-6885
Email: aco@morisi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel A. Feuer**
Gibson, Dunn & Crutcher, LLP
2029 Century Park
40th Floor
Los Angeles, CA 90067
310-551-8808
Fax: 310-552-7058
Email: jfeuer@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Sarah R. Wetzstein**
Gibson, Dunn & Crutcher LLP
2029 Century Park East
40th Floor
Los Angeles, CA 90067
310-552-8691
Fax: 310-552-7061
Email:
swetzstein@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Edelman**

**Defendant**

**John Doe 1-10**

**Defendant**

**Jane Doe 1-10**

| Date | # | Docket Text |
| --- | --- | --- |

| Filed | | |
|-------|---|---|
| 11/12/2004 | ☉1 | COMPLAINT against all defendants Filing fee: $ 150, Receipt # 60411, filed by Dennis J. Solomon. (Attachments: # 1 Civil Cover Sheet)(Bell, Marie) (received for docketing 11/30/04) (Entered: 11/30/2004) |
| 11/29/2004 | ☉ | Summons Issued as to Actuality Systems, Inc., Ellie Altman, Altman, Inc., Cran Barry, Inc., Jane Doe 1-10, John Doe 1-10, Dana Dudley, Scott Edelman, Robert Ellis, Greg Favalora, Orit Gadiesh, Robert Golden, Rodney Gould, Paul Killeen, Joel Kollin, Robert Lawless, Lightspace, Inc., Natasha Lisman, Keith Long, MIT, Patrick E. Malloy, Michael McManus, Microvision, Inc., Stephen Mindich, Mark Mordecai, Alan Morse, Lita Nelson, Dennis Picard, Richard Plotkin, Productivity Systems, Inc., Robert Pujol, Raytheon, Inc., Richard Rutkowski, Robert Ryan, Richard Simmons, Alan Sullivan, Sunrise Systems, Inc., Teledyne, Inc., Texas Instruments, Inc., The Office/Ellis Office Systems, University of Southern California, Charles Vest, John Vinton, Werner Erhartd/Est/Les, Mary Wolfson. (Bell, Marie) (Entered: 11/30/2004) |
| 11/29/2004 | ☉ | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Bell, Marie) (Entered: 11/30/2004) |
| 02/15/2005 | ☉2 | MOTION to Dismiss by MIT. c/s.(Bell, Marie) (Entered: 02/17/2005) |
| 02/15/2005 | ☉3 | MEMORANDUM in Support re 2 MOTION to Dismiss filed by MIT. (Attachments: # 1 Exhibit A-Part 1# 2 Exhibit A-Part 2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G) (Bell, Marie) (Entered: 02/17/2005) |
| | | |

| 02/15/2005 | ●4 | STATEMENT Pursuant to LR 7.1(A)(2) re 2 MOTION to Dismiss by MIT. c/s. (Bell, Marie) (Entered: 02/17/2005) |
| 02/15/2005 | ●5 | CORPORATE DISCLOSURE STATEMENT by MIT. c/s. (Bell, Marie) (Entered: 02/17/2005) |
| 02/15/2005 | ●6 | MOTION to be Relieved from Serving the other defendants by MIT. c/s.(Bell, Marie) (Entered: 02/17/2005) |
| 02/18/2005 | ●7 | NOTICE of Hearing on Motion 2 MOTION to Dismiss: Motion Hearing set for 3/23/2005 02:30 PM in Courtroom 18 before Chief Judge William G. Young. Opposition is due by 3/1/05. reply brief, if any, is due by 3/11/05.(Smith, Bonnie) (Entered: 02/18/2005) |
| 02/18/2005 | ● | Judge William G. Young : Electronic ORDER entered re: 6 Motion To be Relieved from Serving the Other Defendants. MOTION ALLOWED, PROVIDED THAT SUPPLEMENTARY SERVICE OF ALL PLEADINGS IS MADE ON ALL DEFENDANTS WHO HAVE APPEARED AT THE TIME OF THE INITIAL CASE MANAGEMENT SCHEDULING CONFERENCE PURSUANT TO LOCAL RULE 16.1. cc/cl. (Bell, Marie) Mod (Entered: 02/18/2005) |
| 02/23/2005 | ●8 | MOTION to Strike 2 MOTION to Dismiss and Removal Mr. Swope by Dennis J. Solomon. c/s.(Bell, Marie) (Entered: 02/24/2005) |
| 02/23/2005 | ●9 | AFFIDAVIT of Dennis J. Solomon re 8 MOTION to Strike 2 MOTION to Dismiss and Removal Mr. Swope by Dennis J. Solomon. (Bell, Marie) (Entered: 02/24/2005) |
| 02/23/2005 | ●10 | MOTION Pursuant to Fed. R. Civ. P. 5(c) by Dennis J. Solomon. c/s.(Bell, Marie) (Entered: 02/24/2005) |
| 02/25/2005 | ● | Judge William G. Young : Electronic ORDER entered |

|  |  | denying 8 Motion to Strike 10 Treating this as an assent to MIT's motion Granting MOTION Pursuant to Fed. R. Civ. P. 5(c), (Smith, Bonnie) (Entered: 02/28/2005) |
|---|---|---|
| 02/25/2005 | 11 | MOTION for Leave to File Substitute Statement Pursuant to LR 7.1 (A)(2) by MIT.(Bell, Marie) (Entered: 03/02/2005) |
| 03/02/2005 | ● | Judge William G. Young : ElectronicORDER entered granting 11 Motion for Leave to File Substitute Statement. cc/cl. (Bell, Marie) (Entered: 03/02/2005) |
| 03/02/2005 | 12 | Substituted Statement Pursuant to LR 7.1(A)(2) by Jeffrey Swope on behalf of MIT. (Bell, Marie) (Entered: 03/02/2005) |
| 03/08/2005 | ●13 | NOTICE of Appearance by Andrew C. Oatway on behalf of University of Southern California (Oatway, Andrew) (Entered: 03/08/2005) |
| 03/08/2005 | ●14 | MOTION for Leave to Appear Pro Hac Vice by Feuer and Wetzstein by University of Southern California. (Attachments: # 1 Affidavit # 2 Affidavit)(Oatway, Andrew) (Entered: 03/08/2005) |
| 03/08/2005 | ●15 | MOTION to Dismiss for Lack of Jurisdiction by University of Southern California. (Attachments: # (1) Affidavit # 2 Affidavit)(Oatway, Andrew) Additional attachment(s) added on 3/8/2005 (Bell, Marie). (Entered: 03/08/2005) |
| 03/08/2005 | ●16 | STATEMENT OF COUNSEL of Under Local Rule 7.1A2 by University of Southern California. (Oatway, Andrew) (Entered: 03/08/2005) |
| 03/08/2005 | ●17 | CORPORATE DISCLOSURE STATEMENT by University of Southern California. (Oatway, Andrew) (Entered: 03/08/2005) |
| 03/08/2005 | ●18 | MOTION to be Relieved from Serving Other Defendants *FRCP 5* by University of Southern |

| | | California.(Oatway, Andrew) (Entered: 03/08/2005) |
|---|---|---|
| 03/09/2005 | ❂ | NOTICE of Hearing on Motion 15 MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for 3/23/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Opposition is due by 3/22/05,(Smith, Bonnie) (Entered: 03/09/2005) |
| 03/10/2005 | ❂ | Judge William G. Young : Electronic ORDER entered granting 18 Motion To be Relieved from Serving Other Defendants. cc/cl. (Bell, Marie) (Entered: 03/10/2005) |
| 03/10/2005 | ❂ | Filing fee: $ 100.00, receipt number 62626 regarding Motion Pro Hac Vice (Bell, Marie) (Entered: 03/10/2005) |
| 03/10/2005 | ❂21 | MOTION for Clarification re 2/25/05 Electronic Order on Motion to Strike, by Dennis J. Solomon. c/s.(Bell, Marie) (Entered: 03/15/2005) |
| 03/11/2005 | ❂ | Judge William G. Young : Electronic ORDER entered granting 14 Motion for Leave to Appear Pro Hac Vice Added Joes A. Feuer for University of Southern California, Sarah R. Wetzstein for University of Southern California. cc/cl. (Bell, Marie) (Entered: 03/11/2005) |
| 03/11/2005 | ❂19 | MOTION to Correct and Amend 1 Complaint by Dennis J. Solomon. c/s.(Bell, Marie) (Entered: 03/15/2005) |
| 03/11/2005 | ❂20 | MOTION for the Accompanying Motion be Subject to a Protective Order by Dennis J. Solomon. c/s.(Bell, Marie) (Entered: 03/15/2005) |
| 03/15/2005 | ❂35 | MOTION for Leave to Proceed in forma pauperis by Dennis J. Solomon.(Bell, Marie) (Entered: 05/03/2005) |
| 03/17/2005 | ❂22 | CERTIFICATE OF SERVICE by Dennis J. Solomon of all pleadings on all defendants who have appeared |

| | | |
|---|---|---|
| | | at the time of the initial case managmeent scheduling conference. (Bell, Marie) (Entered: 03/18/2005) |
| 03/21/2005 | 23 | NOTICE of Appearance by Edward J. Naughton on behalf of Texas Instruments, Inc. (Naughton, Edward) (Entered: 03/21/2005) |
| 03/21/2005 | 24 | MOTION to Dismiss by Texas Instruments, Inc.. (Naughton, Edward) (Entered: 03/21/2005) |
| 03/21/2005 | 25 | MEMORANDUM in Support re 24 MOTION to Dismiss filed by Texas Instruments, Inc.. (Naughton, Edward) (Entered: 03/21/2005) |
| 03/21/2005 | 26 | CORPORATE DISCLOSURE STATEMENT by Texas Instruments, Inc.. (Naughton, Edward) (Entered: 03/21/2005) |
| 03/21/2005 | 27 | MOTION Pursuant to Fed. R. Civ. P. 5(c) re 23 Notice of Appearance, 24 MOTION to Dismiss, 25 Memorandum in Support of Motion, 26 Corporate Disclosure Statement by Texas Instruments, Inc.. (Naughton, Edward) (Entered: 03/21/2005) |
| 03/22/2005 | 28 | Opposition re 15 MOTION to Dismiss for Lack of Jurisdiction filed by Dennis J. Solomon. c/s. (Bell, Marie) (Entered: 03/23/2005) |
| 03/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 3/23/2005 re 2 MOTION to Dismiss filed by MIT,, 15 MOTION to Dismiss for Lack of Jurisdiction filed by University of Southern California,. Plaintiff Pro Se Dennis J. Solomon did not appear after being duly noticed by the Court. Attys. Swope and Krolikowski were present for deft. MIT. Atty. Wetzstein was present for the deft. Univ. of Southern California. After hearing, the Court allows deft. MIT's Motion to Dismiss (#2) on grounds of res judicata, and further allows deft. Univ. of Southern California's Motion to Dismiss(#15), as the Court has no jurisdiction. Atty. |

| | | |
|---|---|---|
| | | Swope advises the Court that defts. Charles Vest and Lisa Nelson have not been served and the Court rules that the plaintiff is non-suited as to all counts. The case will be dismissed for failure of the plaintiff to appear and prosecute. (Court Reporter Don Womack.) (Johnson, Mary) . Modified on 3/23/2005 (Johnson, Mary). (Entered: 03/23/2005) |
| 03/23/2005 | | Judge William G. Young : Electronic ORDER entered granting 15 Motion to Dismiss for Lack of Jurisdiction, granting 2 Motion to Dismiss. (Johnson, Mary) (Entered: 03/23/2005) |
| 03/23/2005 | | Judge William G. Young : Electronic ORDER entered. GRANTING 27 MOTION Pursuant to Fed. R. Civ. P. 5(c) re 23 Notice of Appearance, 24 MOTION to Dismiss, 25 Memorandum in Support of Motion, 26 Corporate Disclosure Statement filed by Texas Instruments, Inc., cc/cl.(Bell, Marie) (Entered: 03/29/2005) |
| 03/25/2005 | 30 | CERTIFICATE OF SERVICE by MIT. (Bell, Marie) (Entered: 03/30/2005) |
| 03/28/2005 | 29 | Judge William G. Young : ORDER entered. ORDER DISMISSING CASE(Smith, Bonnie) (Entered: 03/28/2005) |
| 04/06/2005 | 31 | Opposition re 24 MOTION to Dismiss filed by Dennis J. Solomon. c/s. (Bell, Marie) Additional attachment (s) added on 4/8/2005 (Bell, Marie). (Entered: 04/07/2005) |
| 04/19/2005 | 32 | MOTION to Vacate 29 Order Dismissing Case by Dennis J. Solomon.c/s.(Bell, Marie) (Entered: 04/20/2005) |
| 05/02/2005 | 33 | Opposition re 32 MOTION to Vacate 29 Order Dismissing Case filed by Texas Instruments, Inc.. (Naughton, Edward) (Entered: 05/02/2005) |
| | | |

| 05/02/2005 | 34 | Opposition re 32 MOTION to Vacate 29 Order Dismissing Case filed by MIT. (Swope, Jeffrey) (Entered: 05/02/2005) |
|---|---|---|
| 05/02/2005 | | Judge William G. Young : Electronic ORDER entered. re 20 MOTION for Protective Order filed by Dennis J. Solomon. MOTION DENIED. cc/cl.(Bell, Marie) (Entered: 05/03/2005) |
| 05/02/2005 | | Judge William G. Young : Electronic ORDER entered denying 35 Motion for Leave to Proceed in forma pauperis. cc/cl. (Bell, Marie) (Entered: 05/03/2005) |
| 05/02/2005 | | Judge William G. Young : Electronic ORDER entered Denying 35 MOTION for Leave to Proceed in forma pauperis filed by Dennis J. Solomon, (Bell, Marie) (Entered: 05/05/2005) |
| 05/03/2005 | 36 | MOTION to Amend 34 Opposition to Motion by MIT. (Attachments: # 1 Amended Opposition to Plaintiff's Request for Correction of the Order of March 28, 2005 Dismissing the Present Case)(Swope, Jeffrey) (Entered: 05/03/2005) |
| 05/03/2005 | 37 | Opposition re 32 MOTION to Vacate 29 Order Dismissing Case filed by University of Southern California. (Oatway, Andrew) (Entered: 05/03/2005) |
| 05/03/2005 | | Judge William G. Young : Electronic ORDER entered DENYING 32 MOTION to Vacate 29 Order Dismissing Case and GRANTING 36 Motion to Amend Opposition. cc/cl. (Bell, Marie) (Entered: 05/03/2005) |
| 05/09/2005 | 38 | MOTION for Reconsideration re Order dated 5/3/05 and Recusal by Dennis J. Solomon. (Attachments: # 1 Affidavit). c/s.(Bell, Marie) (Entered: 05/10/2005) |
| 05/11/2005 | | Judge William G. Young : Electronic ORDER entered denying 38 Motion for Reconsideration re Order on Motion to Vacate, Order on Motion to Amend. cc/cl. |

| | | |
|---|---|---|
| | | (Bell, Marie) (Entered: 05/12/2005) |
| 05/16/2005 | 39 | NOTICE OF APPEAL as to Order on Motion to Vacate, Order on Motion to Amend, Order on Motion for Reconsideration by Dennis J. Solomon. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/6/2005. cc/cl.(Bell, Marie) (Entered: 05/17/2005) |