# United States Court of Appeals
## For the First Circuit

No. 05-1772

DENNIS J. SOLOMAN,

Plaintiff, Appellant,

v.

CHARLES VEST, ET AL.,

Defendants, Appellees.

Before

Lynch, Lipez, and Howard, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: October 25, 2005

   Since the jurisdiction of the district court in the instant patent related case was based in part on 28 U.S.C. § 1338, the Federal Circuit has exclusive appellate jurisdiction. 28 U.S.C. § 1295(a). Therefore, pursuant to 28 U.S.C. § 1631, we transfer the instant case to the Federal Circuit.

   <u>So ordered</u>.

                              By the Court:

                              Richard Cushing Donovan, Clerk.


                         By: _____JULIE GREGG_____
                              Operations Manager

[Certified: Jan Horbaly, Clerk]
[cc: Dennis J. Solomon, Esq., Jeffrey Swope, Esq.,
Kara A. Krolikowski, Esq., Edward J. Naughton, Esq.,
Kristin J. Moody, Esq., Amanda P. O'Reilly, Esq., Andrew C.
Oatway, Esq., Joel A. Feuer, Esq., Sarah R. Wetzstein, Esq.]