**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

06-1041

DENNIS J. SOLOMON
       Plaintiff-Appellant,

v.

CHARLES VEST,
       Defendant,

and

MIT,
       Defendant-Appellee,

and

LITA NELSON, RAYTHEON, INC., DENNIS PICARD,
TELEDYNE, INC., RICHARD SIMMONS, NATASHA LISMAN,
ROBERT LAWLESS, ACTUALITY SYSTEMS, INC., GREG FAVALORA,
ROBERT RYAN, THE OFFICE/ELLIS OFFICE SYSTEMS,
PRODUCTIVITY SYSTEMS, INC., DANDA DUDLEY, PAUL KILLEEN,
ALAN MORSE, STEPHEN MINDICH, ORIT GADIESH, MARY WOLFSON,
PATRICK E. MALLOY, MICHAEL MCMANUS, WERNER ERHARDT,
MARK MORDECAI, KEITH LONG, JOHN VINTON, CRAN BARRY, INC.,
ROBERT ELLIS, RICHARD PLOTKIN, ALTMAN, INC., ROBERT GOLDEN,
RODNEY GOULD, ELLIE ALTMAN, ROBERT PUJOL, LIGHTSPACE, INC.,
ALAN SULLIVAN, SUNRISE SYSTEMS, INC., MICROVISION, INC.,
RICHARD RUTKOWSKI, JOEL KOLLIN and SCOTT EDELMAN,
       Defendants,

and

TEXAS INSTRUMENTS, INC.,
       Defendant-Appellee,

and

UNIVERSITY OF SOUTHERN CALIFORNIA,
       Defendant-Appellee.

O R D E R

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

11/22/05

cc: Clerk's Office, DCT
DENNIS J. SOLOMON
EDWARD J. NAUGHTON JOEL A. FEUER

ISSUED AS A MANDATE: 11/22/05

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 2 2005

JAN HORBALY
CLERK

SOLOMON V VEST, 06-1041
DCT - 04-CV-12499

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: JAN 6, 2006