UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dennis J. Solomon,<br><br>      Plaintiff,<br><br>Charles Vest<br>*et al.*,<br>      Defendants | Civil Action No. 04-12499 WGY |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Please withdraw the appearance of Amanda P. O'Reilly. on behalf of the plaintiffs in the above-referenced matter. The law firm of Morisi & Oatway, P.C. and Andrew C. Oatway shall remain counsel for the plaintiffs in the above-referenced matter.

MORISI & OATWAY, P.C.

DATED: 2-16-06

Andrew C. Oatway BBO# 561885
MORISI & OATWAY, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA 02184
Voice 617.479.0400
Fax 617.479.6885